**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 13-cv-01695-PAB

ZITA M. VIVO,

    Plaintiff,

v.

BRENDA,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Philip A. Brimmer, United States District Judge, on July 8, 2013,

IT IS ORDERED that plaintiff's complaint is dismissed without prejudice due to the Court's lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that this case is closed in its entirety.

Dated at Denver, Colorado, this  8th  day of July, 2013.

                        BY THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: s/ Edward P. Butler
                            Edward P. Butler, Deputy Clerk